|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 09, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARUN TIWANA,<br><br>　　　　　Defendant. | Case No. 2:22-mj-19-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  TARUN TIWANA ,

Case No. 2:22-mj-19-CKD  Charge 21 USC § 846, 21 USC § 841(a)(1), 18 USC § 1956(h), from custody for the following reasons:

　　　　_____　Release on Personal Recognizance

　　　　_____　Bail Posted in the Sum of $ _____

　　　X　　Unsecured Appearance Bond $  100,000 co-signed by Deepti Tiwana

　　　　_____　Appearance Bond with 10% Deposit

　　　　_____　Appearance Bond with Surety

　　　　_____　Corporate Surety Bail Bond

　　　X　　(Other): Defendant to be released on 2/14/2022 at 8:00 AM to Rajwinder Singh.

Issued at Sacramento, California on February 09, 2022 at  2:54 pm .

　　　　　　　　　　　　By:　/s/ Carolyn K. Delaney

　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney